UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CENTERPOINT PROPERTIES TRUST )<br>Plaintiff, )<br> )<br>v. )<br> )<br>KARL S. NOBERG, et al )<br>Defendants, ) | Civil No. 2:13-cv-00175-JAW |

## DEFAULT JUDGMENT

Default having been entered by the Court on September 19, 2013 as against Defendant Karl S. Norberg and Pamela W. Gleichman, and in accordance with the Order on Motion for Default Judgment entered April 16, 2014;

Judgment is hereby entered in favor of Plaintiff CenterPoint Properties Trust against Defendants Karl S. Norberg and Pamela W. Gleichman in the amount of Thirteen Million, Six Hundred Ten Thousand, Four Hundred Eighty-Nine Dollars and Ninety-Six Cents ($13,610,489.96).

CHRISTA K. BERRY
CLERK

By:  /s/Jennifer L. Gray
Deputy Clerk

Dated: April 17, 2014